

## Frequently Asked Questions

**What is PregnancyCare?**
PregnancyCare is the health insurance plan specifically designed for the surrogacy pregnancy journey, from prenatal services through delivery and postpartum care.

**Who is offering PregnancyCare?**
PregnancyCare is licensed and insured by AXA in all 50 states and issued by Omega Insurance Company. Prime Insurance Solutions is the exclusive broker for the plan.

**How much is PregnancyCare?**
The monthly premium rate depends on when the Gestational Carrier (GC) begins coverage in her pregnancy journey. If her coverage begins when she is at the pre-embryo transfer stage, the lowest premium rate applies.

**Enrollment refers to the coverage start date.** Refer to the current rate sheet. There are no deductibles or coinsurance for maternity services; the premium is inclusive of all costs for maternity services.

**Do rates change: a) by zip code; b) for a singleton or multiples; c) with the age of the GC?**
No. The only thing that affects the monthly premium is the pregnancy journey stage at the time coverage starts.

**Are there other fees or costs?**
Yes. The non-refundable standard enrollment fee is $500 per enrollment.

**When does enrollment open?**
PregnancyCare enrolls all-year long.

## Enrollment Schedule

The gestational carrier can be enrolled any time of year. Enroll the 1st-15th of any month to start the following month; enrollment from the 16th - 31st begins the subsequent month.

**Examples:**

**Enroll:** January 15th
**Coverage Starts:** February 1st

**Enroll:** January 16th
**Coverage Starts**: March 1st



### Can the plan be canceled any time? Is there a fee or penalty?
The plan requires a minimum 3-month postpartum coverage period after delivery. Otherwise, the plan may be canceled with written notice by the Agency, no later than 5 business days prior to the end of the month. Only the Agency may request cancellation. There is no fee or penalty to cancel.

### What is excluded from the plan?
Any diagnostic tests or procedures in furtherance of IVF are not covered benefits. There are no surrogacy-related exclusions or liens in the plan. The plan does not provide any newborn care services. It only covers the individual GC and no dependents or spouse. There are no vision or dental benefits. Some services require pre-authorization. See the Summary Plan Description for full details.

### Does the plan use a network of providers?
Yes. PregnancyCare uses a network of providers. Maternity services are covered 100% whether the GC is using a Participating or Non-Participating Provider. Non-Maternity services must use a Participating Provider for 100% coverage of services.

### How can the GC find a Participating Provider?
The GC can call Member Services, who will provide a list of Participating Providers. The number for Member Services is on the member's ID card.

### Who can pay for the plan?
The plan accepts any third-party payer to make premium payments. It is preferred that those payments be made from an escrow account because we work directly with escrow companies to get payment authorization.

### Are there any claims to handle? Who takes care of this?
There are no claims that the IPs or the GC handle or pay when using a Participating Provider. The plan will take care of all appropriate claims processing and payments. When using a Non-Participating Provider, maternity services are still covered 100%, but the GC may need to submit a claim form.

### Will the GC need to be reimbursed for any expenses with this plan?
When the GC is using a Participating Provider for maternity services, there are no out-of-pocket expenses. When she uses a Non-Participating Provider, there are two possible scenarios: (1) the provider asks her to pay for the services, and then she submits a claim form to the insurance company for reimbursement; or (2) the provider bills her, and she submits a claim form to the insurance company with the bill so the insurance company will pay the provider directly.

### Does the plan cover IVF?
The plan does not cover IVF nor any of the services or drugs that prepare the GC for an embryo transfer. It also does not cover the support testing to confirm the success of the IVF process or any procedures in furtherance of IVF. The plan does cover any catastrophic event as a result of IVF, if treatment is sought outside of the IVF clinic at an urgent care or emergency room.

### Will the IPs or GC be subject to balance billing (for unpaid balances)?
The plan does not allow for the balance billing of the GC or the IPs for services covered under this plan. The plan was designed to cover the pregnancy with only the premiums being paid and having no residual requirements after the journey is completed.

**Visit PregnancyCareInsurance.com**