# PregnancyCare

An Innovative Approach to Surrogacy Insurance Coverage





### Minimal Paperwork
The underwriting for coverage is no longer a stressful and laborious process. Enrollment is easy and hassle-free when you work with an approved agency.



### Payment Flexibility
With this plan, Intended Parents have the flexibility and convenience of several payment options. PregnancyCare accepts 3rd-party payers and can set up automatic recurring payments through escrow accounts.



### Full Coverage - Nationwide
No Deductible
No Co-Pays
No Co-Insurance
No Out-of-Pocket Maximums



### No Restrictive Enrollment Period
Your agency can enroll your gestational carrier any time of year. Enroll the 1st-15th of any month to start the following month; enrollment from 16th-31st begins the subsequent month. Rush enrollment is available.

**Example:**

| Enroll January 15th Coverage starts Feb 1st | Enroll January 16th coverage starts March 1st |

### Unbelievable but true.
The monthly premium covers 100% of maternity services: prenatal, delivery and postpartum services with Participating Providers. PregnancyCare offers an extensive nationwide network with over 700,000 providers in all 50 states.

PregnancyCare works hard to offer their members choices for managing their health. Members can download a mobile app; use the online member services website to search for providers; and call, chat or email for more assistance. Prescriptions are covered by CVS pharmacy with over 9,600 locations nationwide and mail order options.

Virtual visits with a licensed doctor are available 24/7 via Teladoc. In some cities, doctor house calls are available through Heal.

**Visit:**
**pregnancycareinsurance.com/**
**pregnancy-care-coverage/**
**for more detailed coverage information.**