| | |
|---|---|
| **From:** | Linda Kelly <lmk071143@gmail.com> |
| **Sent:** | Tuesday, December 15, 2020 5:53 PM |
| **To:** | Montes, Benjamin |
| **Subject:** | Fwd: List of providers (UCSF hospital & Zip code 95361) |
| **Attachments:** | 9531 zip 20 miles.pdf; UCSF Providers.pdf |

FYI

---------- Forwarded message ---------
From: **Andrea Park** <ap@primeinsurance.solutions>
Date: Wed, Jul 10, 2019 at 4:11 PM
Subject: List of providers (UCSF hospital & Zip code 95361)
To: <lmk071143@gmail.com>

Hi Linda,

Please see attached:
1) List of OB/ GYN & Maternal and fetal medicine specialists associated with UCSF
2) List of OB/GYNs & Maternal and Fetal medicine within 20 miles from Laure's zip code 95361

I wasn't able to find Dr. Mary Norton within the PHCS Multiplan network.  However, if needed your GC can be seen by Dr. Mary Norton.  The plan covers 100% of all pregnancy related medical services in or out of the network.

Let me know if there's anything I can do to help.

Sincerely,


*Andrea Park*
VP of Operations
Prime Insurance Solutions

16466 Bernardo Center Drive Suite 188
San Diego CA 92128

1

Phone 858.649.1393
Fax     888.577.9602

Skype   Andreapark0313
Wechat Andreapark0313



**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and  may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.