| | |
|---|---|
| **From:** | Linda Kelly <lmk071143@gmail.com> |
| **Sent:** | Tuesday, December 15, 2020 5:52 PM |
| **To:** | Montes, Benjamin |
| **Subject:** | Fwd: PHCS- Multiplan Network link |

FYI Email from Andrea Park at Prime Insurance Solutions

---------- Forwarded message ---------
From: **Andrea Park** <ap@primeinsurance.solutions>
Date: Fri, Jun 21, 2019 at 4:22 PM
Subject: PHCS- Multiplan Network link
To: <lmk071143@gmail.com>


Good afternoon Linda,

It was a pleasure speaking with you today.  I was very impressed on how much research you did!
Please see below the link for PHCS- Multiplan.
https://www.multiplan.com/webcenter/portal/ProviderSearch?SiteId=84524

PregnancyCare has a network with physicians but there's no facilities in the network.  All facilities are covered at 100% when used for maternity. The only thing the member will have to do is to request the OB/GYN to submit a prior authorization to member services.

I'll have Angel giving you a call on Monday.  Angel's email address is angel@primeinsurance.solutions.

Have a wonderful weekend.

Warm regards,


*Andrea Park*
VP of Operations
Prime Insurance Solutions

16466 Bernardo Center Drive Suite 188
San Diego CA 92128

Phone 858.649.1393
Fax    888.577.9602

Skype   Andreapark0313
Wechat Andreapark0313



1

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.