UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANGELES, LINDA KELLY, TREVOR KELLY, ELIZABETH MONTGOMERY, and RICHARD HENLEY MONTGOMERY, as individuals and on behalf of all other similarly situated individuals and entities,<br><br>Plaintiffs,<br><br>v.<br><br>OMEGA FAMILY SERVICES LLC D/B/A PRIME INSURANCE SOLUTIONS,<br><br>Defendant. | Case No.: 3: 21-cv-1753-BTM-BGS<br><br>**ORDER TO SHOW CAUSE RE: JURISDICTION** |

    Plaintiffs have filed a class action complaint against Defendant, asserting causes of action based on negligent misrepresentation, unjust enrichment, and violations of California's Unfair Competition Law. (ECF No. 1 ("Complaint").) Plaintiffs allege that "[t]his Court has federal subject matter jurisdiction over Plaintiffs' federal claims pursuant to the Class Action Fairness Act of 2005

1  ("CAFA"), 28 U.S.C. § 1332(d), as the amount in controversy
2  exceeds the sum of $5,000,000, exclusive of interest and costs, there are more
3  than 100 putative class members, and minimal diversity exists because many
4  putative class members are citizens of a different state than Defendant." (Compl.
5  ¶ 6.) Plaintiffs Mark Angeles, Jeffrey Angeles, Linda Kelly, and Trevor Kelly
6  allege that they are California residents. (Compl. ¶¶ 9-12.) Plaintiffs Elizabeth
7  Montgomery and Richard Henley Montgomery allege that they are Missouri
8  residents. (Compl. ¶¶ 13-14.) Plaintiffs allege that Defendant "is a California
9  limited liability company with a principal place of business at 110 West A Street,
10 Suite 1100, San Diego, CA 92101." (Compl. ¶ 15.)

11     Plaintiffs' allegations are insufficient for the Court to exercise federal
12 jurisdiction over their putative class action. "The district courts shall have original
13 jurisdiction of any civil action in which the matter in controversy exceeds the sum
14 or value of $5,000,000, exclusive of interest and costs, and is a class action in
15 which any member of a class of plaintiffs is a citizen of a State different from any
16 defendant." 28 U.S.C. § 1332(d)(2); *see also Ehrman v. Cox Commc'ns, Inc.*,
17 932 F.3d 1223, 1226 (9th Cir. 2019) ("CAFA requires only minimal diversity.")
18 (internal citation and quotation omitted).

19     Plaintiffs merely allege that they are individuals who reside in either
20 California or Missouri. (Compl. ¶¶ 9-14.) For purposes of alleging minimal
21 diversity, Plaintiffs fail to allege whether they are citizens of California or
22 Missouri. *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857–58 (9th Cir.
23 2001) ("the diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship,
24 not of residency. To be a citizen of a state, a natural person must first be a citizen
25 of the United States. The natural person's state citizenship is then determined by
26 her state of domicile, not her state of residence. A person's domicile is her
27 permanent home, where she resides with the intention to remain or to which she
28 intends to return. A person residing in a given state is not necessarily domiciled

there, and thus is not necessarily a citizen of that state.") (internal citations omitted).

Plaintiffs also fail to allege the full citizenship of Defendant, who they allege is a "California limited liability company with a principal place of business" in San Diego. (Compl. ¶ 15.) "[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). For purposes of alleging minimal diversity, Plaintiffs fail to allege the citizenship of each owner or member of the LLC.

Because Plaintiffs have failed to allege the citizenship of any of the parties, the Court cannot determine whether minimal diversity has been adequately alleged.

Accordingly, Plaintiffs are ordered to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs must file their response within **14 days** of entry of this order. Failure to respond may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: December 6, 2021

_____
Honorable Barry Ted Moskowitz
United States District Court