| | |
|---|---|
| 1 | Michael Ram, 104805 |
| | (901)661-5546 |
| 2 | Morgan and Morgan Complex Litigation Group |
| 3 | 711 Van Ness Avenue, Suite 500 |
| | San Francisco, CA 94102 |
| 4 | Representing: Plaintiff          File No. 11444316 |

United States District Court, Southern District of California

Southern District of California - District - San Diego

Mark Angeles, et al.

        Plaintiff/Petitioner

        vs.

Omega Family Services LLC, et al.

        Defendant/Respondent

Case No. 3:21-cv-1753

Proof of Service of:

Summons, Complaint, Civil Case Cover Sheet, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Minute Order of Recusal

Service on:

Omega Family Services LLC d/b/a Prime Insurance Solutions

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#17231781

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael Ram, 104805<br>Morgan and Morgan Complex Litigation Group<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 | (901)661-5546 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>11444316 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:

Mark Angeles, et al.

DEFENDANT:

Omega Family Services LLC, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:21-cv-1753 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Minute Order of Recusal

2. Party Served: Omega Family Services LLC d/b/a Prime Insurance Solutions

3. Person Served: FREDERICK WILSON GASTON - Person Authorized to Accept Service of Process

  a. Left with: RUBEN HERNANDEZ - Co-Occupant

4. Date & Time of Delivery: 11/17/2021    3:00PM

5. Address, City and State: 895 Park Blvd, Suite 120
San Diego, CA 92101

6. Manner of Service: By leaving the copies with or in the presence of RUBEN HERNANDEZ , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 188.50

Registered California process server.
County: SAN DIEGO
Registration No.: 3432
CARLOS VALDERRAMA
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/18/2021 at Petaluma, California.

Signature: _____

CARLOS VALDERRAMA

OL#: 17231781

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Michael Ram, 104805<br>Morgan and Morgan Complex Litigation Group<br>711 Van Ness Avenue<br>San Francisco, CA 94102 | (901)661-5546 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>11444316 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:

Mark Angeles, et al.

DEFENDANT:

Omega Family Services LLC, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:21-cv-1753 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 11/18/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Minute Order of Recusal

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Omega Family Services LLC d/b/a Prime Insurance Solutions
FREDERICK WILSON GASTON
895 Park Blvd, Suite 120
San Diego, CA 92101

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 188.50

| Melissa Berry<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/18/2021 at Petaluma, California.<br><br><br><br>Melissa Berry |
|---|---|

OL#:   17231781