| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** <br> Michael F. Ram (SBN 104805) <br> mram@forthepeople.com <br> Marie N. Appel (SBN 187483) <br> mappel@forthepeople.com <br> 711 Van Ness Avenue, Suite 500 <br> San Francisco, CA 94102 <br> Telephone: (415) 358-6913 <br> Facsimile: (415) 358-6293 <br><br> Ra O. Amen (*Pro Hac Vice*) <br> ramen@forthepeople.com <br> 201 N. Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> Telephone: (813) 223-5505 <br> Facsimile: (813) 223-5402 | **NELSON & FRAENKEL LLP** <br> Gretchen M. Nelson (SBN 112566) <br> gnelson@nflawfirm.com <br> Gabriel S. Barenfeld (SBN 224146) <br> gbarenfeld@nflawfirm.com <br> 601 So. Figueroa Street, Suite 2050 <br> Los Angeles, California 90017 <br> Telephone: (213) 622-6469 <br> Facsimile: (213) 622-6019 <br><br> **STEWART, MITTLEMAN & O'ROURKE, L.L.C.** <br> Mark D. Mittleman (*Pro Hac Vice* application pending) <br> mdm63105@aol.com <br> 222 South Central Avenue, Suite 202 <br> Saint Louis, Missouri 63105 <br> Telephone: (314) 863-8484 <br> Facsimile: (314) 863-5312 <br><br> *Counsel for Plaintiffs and the Proposed Class* |

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| MARK ANGELES, JEFFREY ANGELES, LINDA KELLY, TREVOR KELLY, ELIZABETH MONTGOMERY, AND RICHARD HENLEY MONTGOMERY as individuals and on behalf of all other similarly situated individuals and entities, <br><br> Plaintiffs, <br><br> v. <br><br> OMEGA FAMILY SERVICES LLC d/b/a PRIME INSURANCE SOLUTIONS, <br><br> Defendant. | Case No.: 3:21-cv-1753-BTM-BGS <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: JURISDICTION** |

Plaintiffs respectfully respond to the Order to Show Cause dated December 6, 2021 [DE 4] ordering Plaintiffs to demonstrate that the Court has subject matter jurisdiction under 28 U.S.C. section 1332(d)(2) by demonstrating the citizenship of the parties so that the Court may determine whether minimal diversity exists.

The Class Action Fairness Act ("CAFA") requires only "minimal diversity" wherein federal jurisdiction extends to diversity between "any plaintiff" and "any defendant." *See* 28 U.S.C. § 1332 (d)(2). As applicable here, federal jurisdiction in diversity exists where, "any member of a class of plaintiffs is a citizen of a State different from any defendant." *Id.* § 1332(d)(2)(A). For limited liability companies, the general rule for unincorporated entities applies such that "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Here, at least two members of the class are citizens of a state different than that of Defendant. Plaintiffs Elizabeth and Richard Henley Montgomery (the "Montgomery Plaintiffs") are citizens of the state of Missouri. Declaration of Ra O. Amen ("Amen Decl."), ¶ 2, and Exhibit 1. Plaintiffs also allege that "many putative class members are citizens of a different state than Defendant." [Class Action Complaint, DE 1, ¶ 6.]

Defendant, Omega Family Services, LLC ("Omega"), is a California limited liability company headquartered in California. Exhibit A to the Amen Decl., Omega Family Services, LLC's Statement of Information at 1. Omega has two members, Frederick Gaston and Robert Park, both individuals. *Id*. at 1-2; Amen Decl., ¶ 3. Frederick Gaston and Robert Park are both domiciled in the state of California. Amen Decl., ¶ 4. Thus, Omega is a citizen of California.

Because many putative class members (including the Montgomery Plaintiffs) and Defendant are citizens of different states, minimal diversity is present in this case pursuant to 28 U.S.C. section 1332(d)(1).

December 20, 2021

    */s/ Michael F. Ram*

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 So. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

**STEWART, MITTLEMAN & O'ROURKE, L.L.C.**
Mark D. Mittleman (*Pro Hac Vice* application pending)
mdm63105@aol.com
222 South Central Avenue, Suite 202
Saint Louis, Missouri 63105
Telephone: (314) 863-8484
Facsimile: (314) 863-5312

*Counsel for Plaintiffs
and the Proposed Class*