1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 So. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

**STEWART, MITTLEMAN & O'ROURKE,
L.L.C.**
Mark D. Mittleman (*Pro Hac Vice* application
pending)
mdm63105@aol.com
222 South Central Avenue, Suite 202
Saint Louis, Missouri 63105
Telephone: (314) 863-8484
Facsimile: (314) 863-5312

*Counsel for Plaintiffs*
*and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| MARK ANGELES, JEFFREY ANGELES, LINDA KELLY, TREVOR KELLY, ELIZABETH MONTGOMERY, AND RICHARD HENLEY MONTGOMERY as individuals and on behalf of all other similarly situated individuals and entities,<br><br>     Plaintiffs,<br><br>v.<br><br>OMEGA FAMILY SERVICES LLC d/b/a PRIME INSURANCE SOLUTIONS,<br><br>     Defendant. | Case No.: 3:21-cv-1753-BTM-BGS<br><br>**EXHIBIT 1 - DECLARATION OF RA O. AMEN** |

1

2     I, Ra O. Amen, declare as follows:

3         1.      I am an attorney with Morgan & Morgan, Complex Litigation Group and one of the

counsel for the Plaintiffs and proposed class. I respectfully submit this declaration in support of

4     Plaintiffs' Response to Order to Show Cause re: Jurisdiction. I have personal knowledge of the matters

5     set forth in this declaration, and if called upon to do so, I would testify competently to them.

6         2.      Plaintiffs Elizabeth and Richard Henley Montgomery are citizens of the state of Missouri.

7         3.      Attached as Exhibit A is a true and correct copy of Omega Family Services, LLC's

8     Statement of Information printed out from the website of the California Secretary of State. I am

9     informed and believe that Omega Family Services, LLC has two members: Frederick Gaston and Robert

10    Park.

11        4.      Upon information and belief, Frederick Gaston and Robert Park are both domiciled in

12    California.

13        I declare under penalty of perjury that this declaration is true. Executed at Tampa, Florida, this

14    20th day of December 2021.

15

16                                                  _/s/ Ra O. Amen_____

17                                                  Ra O. Amen

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Exhibit A

## Secretary of State
## Statement of Information
(Limited Liability Company)

**LLC-12**

**20-A04480**

# FILED

In the office of the Secretary of State
of the State of California

**JAN 03, 2020**

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

OMEGA FAMILY SERVICES, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201712110333 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>110 West A Street, Suite 1100 | San Diego | CA | 92101 |
| b. Mailing Address of LLC, **if different than item 4a**<br>110 West A Street, Suite 1100 | San Diego | CA | 92101 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>110 West A Street, Suite 1100 | San Diego | CA | 92101 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Frederick | | Gaston | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 110 West A Street, Suite 1100 | San Diego | CA | 92101 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

GASTON & GASTON, A PROFESSIONAL LAW CORPORATION (C2993450)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Financial Services

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 01/03/2020 | Ruben Hernandez | Paralegal | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐              ⌐

Company:

Address:

City/State/Zip:  ⌐              ⌐

**Attachment to Statement of Information** (Limited Liability Company)

**LLC-12A Attachment**

20-A04480

**A.  Limited Liability Company Name**

OMEGA FAMILY SERVICES, LLC

This Space For Office Use Only

**B.  12-Digit Secretary of State File Number**

201712110333

**C.  State or Place of Organization** (only if formed outside of California)

CALIFORNIA

**D.  List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note:  The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Park | |
| Entity Name | | | |
| Address: 110 West A Street, Suite 1100 | City: San Diego | State: CA | Zip Code: 92101 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City | State | Zip Code |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |
| Address | City | State | Zip Code |