UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANGELES, LINDA KELLY, TREVOR KELLY, ELIZABETH MONTGOMERY, and RICHARD HENLEY MONTGOMERY, as individuals and on behalf of all other similarly situated individuals and entities,<br><br>Plaintiffs,<br><br>v.<br><br>OMEGA FAMILY SERVICES LLC D/B/A PRIME INSURANCE SOLUTIONS,<br><br>Defendant. | Case No.:  21-cv-1753-BTM-BGS<br><br>**ORDER** |

On December 6, 2021, this court issued an order to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction.  On December 20, 2021, Plaintiff's submitted a response.  After review, the court finds diversity established under the Class Action Fairness Act ("CAFA"). 28 U.S.C. § 1332(d)(1). The order to show cause is satisfied.

\\

This case will proceed accordingly.  A status conference is set for March 22, 2023, at 1 PM.

**IT IS SO ORDERED**.

Dated: February 24, 2023

_____
Honorable Barry Ted Moskowitz
United States District Judge