| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br><br>Ra O. Amen (*Pro Hac Vice*)<br>ramen@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402 | **NELSON & FRAENKEL LLP**<br>Gretchen M. Nelson (SBN 112566)<br>gnelson@nflawfirm.com<br>Gabriel S. Barenfeld (SBN 224146)<br>gbarenfeld@nflawfirm.com<br>601 So. Figueroa Street, Suite 2050<br>Los Angeles, California 90017<br>Telephone: (213) 622-6469<br>Facsimile: (213) 622-6019<br><br>**STEWART, MITTLEMAN & O'ROURKE, L.L.C.**<br>Mark D. Mittleman (*Pro Hac Vice* application pending)<br>mdm63105@aol.com<br>222 South Central Avenue, Suite 202<br>Saint Louis, Missouri 63105<br>Telephone: (314) 863-8484<br>Facsimile: (314) 863-5312<br><br>*Counsel for Plaintiffs and the Proposed Class* |

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| MARK ANGELES, JEFFREY ANGELES, LINDA KELLY, TREVOR KELLY, ELIZABETH MONTGOMERY, AND RICHARD HENLEY MONTGOMERY as individuals and on behalf of all other similarly situated individuals and entities,<br><br>    Plaintiffs,<br><br>v.<br><br>OMEGA FAMILY SERVICES LLC d/b/a PRIME INSURANCE SOLUTIONS,<br><br>    Defendant. | Case No.: 3:21-cv-1753-BTM-BGS<br><br>**MOTION TO HOLD STATUS CONFERENCE TELEPHONICALLY** |

# MOTION TO HOLD STATUS CONFERENCE TELEPHONICALLY

Plaintiffs, by their undersigned counsel, move this Court for an order to hold the status conference set for March 22, 2023, at 1:00 p.m. [DE 7] telephonically.

In support of this Motion, Plaintiffs state that Defendant has yet to answer Plaintiffs' complaint, and Plaintiffs anticipate that Defendant will not attend said status conference. Accordingly, it would be in the best interests of the Court and Plaintiffs' counsel, who are primarily based outside of the Southern District of California, to hold said status conference telephonically.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion and enter the attach proposed order which contains dial-in information for the telephonic status conference.

DATED: March 17, 2023                    Respectfully submitted,

                                         */s/ Michael F. Ram*

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)

1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

gbarenfeld@nflawfirm.com  
601 So. Figueroa Street, Suite 2050  
Los Angeles, California 90017  
Telephone: (213) 622-6469  
Facsimile: (213) 622-6019  

**STEWART, MITTLEMAN & O'ROURKE, L.L.C.**  
Mark D. Mittleman (*Pro Hac Vice* application pending)  
mdm63105@aol.com  
222 South Central Avenue, Suite 202  
Saint Louis, Missouri 63105  
Telephone: (314) 863-8484  
Facsimile: (314) 863-5312  

*Counsel for Plaintiffs*  
*and the Proposed Class*