| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br><br>Ra O. Amen (*Pro Hac Vice*)<br>ramen@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402 | **NELSON & FRAENKEL LLP**<br>Gretchen M. Nelson (SBN 112566)<br>gnelson@nflawfirm.com<br>Gabriel S. Barenfeld (SBN 224146)<br>gbarenfeld@nflawfirm.com<br>601 So. Figueroa Street, Suite 2050<br>Los Angeles, California 90017<br>Telephone: (213) 622-6469<br>Facsimile: (213) 622-6019<br><br>**STEWART, MITTLEMAN & O'ROURKE, L.L.C.**<br>Mark D. Mittleman (*Pro Hac Vice* application pending)<br>mdm63105@aol.com<br>222 South Central Avenue, Suite 202<br>Saint Louis, Missouri 63105<br>Telephone: (314) 863-8484<br>Facsimile: (314) 863-5312<br><br>*Counsel for Plaintiffs and the Proposed Class* |

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| MARK ANGELES, JEFFREY ANGELES, LINDA KELLY, TREVOR KELLY, ELIZABETH MONTGOMERY, AND RICHARD HENLEY MONTGOMERY as individuals and on behalf of all other similarly situated individuals and entities,<br><br>  Plaintiffs,<br><br>v.<br><br>OMEGA FAMILY SERVICES LLC d/b/a PRIME INSURANCE SOLUTIONS,<br><br>  Defendant. | Case No.: 3:21-cv-1753-BTM-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OMEGA FAMILY SERVICES LLC d/b/a PRIME INSURANCE SOLUTIONS** |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OMEGA FAMILY SERVICES LLC d/b/a PRIME INSURANCE SOLUTIONS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that this action is voluntarily dismissed against Defendant Omega Family Services LLC d/b/a Prime Insurance Solutions. Defendant Omega Family Services LLC d/b/a Prime Insurance Solutions has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action against Defendant Omega Family Services LLC d/b/a Prime Insurance Solutions, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: April 3, 2023                                    Respectfully submitted,

  */s/ Michael F. Ram*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 So. Figueroa Street, Suite 2050

|   |   |
|---|---|
| 1 | Los Angeles, California 90017 |
| 2 | Telephone: (213) 622-6469 |
|   | Facsimile: (213) 622-6019 |
| 3 |   |
| 4 | **STEWART, MITTLEMAN & O'ROURKE, L.L.C.** |
| 5 | Mark D. Mittleman (*Pro Hac Vice* application pending) |
| 6 | mdm63105@aol.com |
| 7 | 222 South Central Avenue, Suite 202 |
|   | Saint Louis, Missouri 63105 |
| 8 | Telephone: (314) 863-8484 |
| 9 | Facsimile: (314) 863-5312 |

*Counsel for Plaintiffs
and the Proposed Class*

2

NOTICE OF VOLUNTARY DISMISSAL                                                      Case No.: 3:21-cv-1753-BTM-BGS