UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTINA URIARTE and DAVID URIARTE,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>CAMBRIDGE FINANCIAL SERVICES, a California corporation, OPTION ONE MORTGAGE CAPITAL CORPORATION, and GMAC MORTGAGE, LLC,<br><br>　　　　　　　　　Defendants. | Case No.: 3:21-cv-1753-BTM-BGS<br><br>**ORDER ALLOWING PARTIES TO APPEAR TELEPHONICALLY** |

\\
\\
\\
\\
\\

Defendants have asked the Court for permission to appear telephonically for the scheduled May 15, 2023, status conference. The Court grants the request to appear telephonically for all parties. The call-in number is (877) 336-1828. The access code is 6414606.

**IT IS SO ORDERED.**

Dated: April 18, 2023

Honorable Barry Ted Moskowitz
United States District Judge